UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL LEE LOPEZ,

    Petitioner,

v.

R. GROUNDS, Warden,

    Respondent.
                                            /

No. C 12-4362 SI (pr)

**ORDER OF TRANSFER**

    Darrell Lee Lopez, an inmate at the Salinas Valley State Prison in Monterey County, has filed a petition for writ of habeas corpus to challenge his conviction in the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Lopez is incarcerated in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: August 24, 2012

                                                              SUSAN ILLSTON
                                                  United States District Judge