1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

8  DARRELL LEE LOPEZ,                              No. C 12-4362 SI (pr)

9              Petitioner,                         **ORDER OF TRANSFER**

10      v.

11  R. GROUNDS, Warden,

12              Respondent.
                                         /

13

14      Darrell Lee Lopez, an inmate at the Salinas Valley State Prison in Monterey County, has

15  filed a petition for writ of habeas corpus to challenge his conviction in the Los Angeles County

16  Superior Court.  Los Angeles County lies within the venue of the Central District of California.

17  Lopez is incarcerated in Monterey County, within the venue of the Northern District of

18  California. Venue is proper in a habeas action in either the district of confinement or the district

19  of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence

20  imposed is preferably heard in the district of conviction.  *See* N. D. Cal. Habeas L.R. 2254-3(b).

21  Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. §

22  1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is

23  TRANSFERRED to the United States District Court for the Central District of California.  The

24  clerk shall transfer this matter forthwith.

25      IT IS SO ORDERED.

26  DATED: August 24, 2012

                                         _____
                                         SUSAN ILLSTON
27                                       United States District Judge

28

**United States District Court**
For the Northern District of California